# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146951

DARREN FINDLING, Successor Personal
Representative of the Estate of FRANK E.
EARLY, Deceased,
         Plaintiff-Appellant,

v

                                           SC: 146951
                                           COA: 307442

JEFFREY PARKER, M.D.,
         Defendant-Appellee.
                                           Oakland CC: 2008-096920-NH

_____/

On order of the Court, the application for leave to appeal the February 26, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



d0722

                                       Clerk